FILED
At Albuquerque NM

JAN 1 2 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) CRIMINAL NO. 17-90 JH
)
vs. ) 18 U.S.C. §§ 1153, 2241(c) and
) 2246(2)(C): Aggravated Sexual Abuse.
**RONALD GEORGE**, )
)
    Defendant. )

## INDICTMENT

The Grand Jury charges:

On or between February 4, 2014 and September 21, 2015, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **RONALD GEORGE**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who had not attained the age of twelve (12), and the sexual act consisted of penetration, however slight, of the genital opening of Jane Doe by the hand or the finger of defendant, with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
11/30/2016 8:13 AM